No. 4075.—Royal Bank of Canada, apdo., *v.* López de Victoria, aplte.—C. D. San Juan. Cobro de pagaré. Nov. 18, 1926. Desestimado por abandono el recurso a instancia del apelado por no haberse presentado la exposición del caso a pesar de las prórrogas concedidas.

No. 4063. — Sancho Bonet, apdo., *v.* Vázquez et al., apltes.—C. D. San Juan. Cobro de dinero. Nov. 18, 1926. Desestimado el recurso a instancia del apelado, por abandono, pues establecido el recurso el 18 de noviembre de 1925 los apelantes obtuvieron prórrogas para preparar la transcripción hasta el 16 de septiembre de 1926, quedando sin hacer gestión alguna a partir de esa fecha.